# UNITED STATES DISTRICT COURT

for the

CINDY G. HOWARD

*Plaintiff(s)*

v.

LINCOLN LIFE ASSURANCE COMOPANY OF BOSTON

*Defendant(s)*

Civil Action No. 2:21-CV-04051-WJE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston
c/o Chlora Lindley-Myers, Director
Department of Insurance, State of Missouri
301 W. High Street
Jefferson City, MO 65101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/12/2021

Angel L. Geiser

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-CV-04051-WJE

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston,

was received by me on *(date)* 3/24/21 .

I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chlora Lindley-Myers , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Life Assurance Co of Boston on *(date)* 3/24/21 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-24-21

[signature]
*Server's signature*

Leslie E. Fischer, International Trade Director
*Printed name and title*

100 E. Green Meadows #8, Columbia, MO 65203
*Server's address*

Additional information regarding attempted service, etc: