**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISON**

| | | |
|---|---|---|
| **1) CINDY G. HOWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Case No. 2:21cv04051-WJE |
| | ) | |
| **1) LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Defendant, Lincoln Life Assurance Company of Boston.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

By: *\/s/ Dan S. Folluo*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of April 2021 to be served by operation of the Court's electronic filing system upon the following:

Russell C Still, Esq.
Email: rstill@harlan-still.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo