**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISON**

| | | |
|---|---|---|
| **CINDY G. HOWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:21cv04051-WJE |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DISCLOSURE OF CORPORATION INTERESTS

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant, Lincoln Life Assurance Company of Boston, hereby gives notice the following corporate interests are disclosed:

1. **Lincoln Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

3. No subsidiaries (other than wholly-owned subsidiaries) or other affiliates of Defendant Lncoln Life Assurance Company of Boston have issued shares to the public.

Dated: April 14, 2021.

Respectfully submitted,

By: *___/s/ Dan S. Folluo___*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

- and -

By: *___/s/ Iwana Rademaekers___*

Iwana Rademaekers (Texas Bar No. 16452560)
(*Pro Hac Vice Application Pending*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of April 2021 to be served by operation of the Court's electronic filing system upon the following:

Russell C Still, Esq.
Email: rstill@harlan-still.com

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo