# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Dan S. Folluo, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Iwana Rademaekers, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the Defendant, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

**Signature of Movant/Attorney**

66582
**MO Bar Number**

April 12, 2021
**Date**

Rhodes, Hieronymus, Jones, Tucker & Gable, P.L.L.C.
**Address**

(918) 582-1173
**Phone**

P.O. Box 21100

Tulsa, Oklahoma 74121

### Affidavit of Proposed Admittee

I, Iwana Rademaekers, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of Texas and the United States District Court(s) of Texas (see attached for all federal court admissions). (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 2:21cv04051-WJE | Cindy G. Howard v. Lincoln Life Assurance Company of Boston |

**Date:** 4/9/2021

**Signature:**

**State Bar of Residence & Bar Number:** State Bar of Texas No. 16452560

**Address:** Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Ste 800, Dallas, TX 75252

**Phone:** (214) 579-9319

**Email:** iwana@rademaekerslaw.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

**<u>Bars, state and federal, of which the movant is a member</u>**

| TITLE OF COURT | DATE OF ADMISSIO N | IN GOOD STANDING | BAR NO. (if applicable) |
|---|---|---|---|
| State Bar of Texas | 05/06/1988 | Yes | 16452560 |
| U.S.D.C., Northern District of Texas | 11/07/1988 | Yes | |
| U.S.D.C., Eastern District of Texas | 05/21/1998 | Yes | |
| U.S.D.C., Southern District of Texas | 09/11/1998 | Yes | 22781 |
| U.S.D.C., Western District of Texas | 09/02/1998 | Yes | |
| U.S.D.C., Eastern/Western District of Arkansas | 05/22/1998 | Yes | |
| U.S.D.C., District of Colorado | 01/14/2002 | Yes | |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 | Yes | 13-130 |
| U.S.D.C., Western District of Tennessee | 12/02/2019 | Yes | |
| U.S.D.C., District of North Dakota | 01/02/2020 | Yes | |
| U.S.D.C., District of New Mexico | 07/31/2020 | Yes | 20-169 |
| U.S. Court of Appeals - Fourth Circuit | 09/28/1998 | Yes | |
| U.S. Court of Appeals - Fifth Circuit | 08/19/2002 | Yes | |
| U.S. Court of Appeals - Eighth Circuit | 01/25/2000 | Yes | |
| U.S. Court of Appeals - Ninth Circuit | 08/27/2014 | Yes | |
| U.S. Court of Appeals - Tenth Circuit | 07/29/2002 | Yes | |
| U.S. Court of Appeals - Eleventh Circuit | 02/06/2012 | Yes | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

## IWANA RADEMAEKERS

| Bar Number: | Date of Admission: |
|---|---|
| **16452560** | **11/07/1988** |

Witness my official signature and the seal of this court.

Dated: March 25, 2021

Karen Mitchell,
Clerk of Court

By: /s/ L. Waits
Deputy Clerk