IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CINDY G. HOWARD<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant | ) | Case No.: 2:21-cv-04051-NKL |

PLAINTIFF'S INITIAL DISCLOSURE UNDER RULE 26(a)

COMES NOW, the Plaintiff by her attorney and for her initial disclosure under Rule 26(a) states as follows:

1. The above cause is Plaintiff's appeal of the denial of her claim for long term disability benefits under a policy issued by Lincoln Life Insurance Company of Boston and subject to the requirements of the Employee Retirement Income Security Act of 1974 (ERISA); and that Plaintiff anticipates that the case will be resolved following motions for summary judgment submitted by the parties.

2. That Plaintiff's claim is supported by information in the administrative record, the long term disability plan in question, and the limited discovery as described in the Joint Scheduling Order/Discovery Plan to be filed in this cause.

3. Plaintiff has no other documents that she anticipates using in support of her claim other than the documents included in the administrative record and those produced as a result of discovery.

4. Plaintiff seeks from Defendant monthly payments in the amount of $313.14 commencing July 7, 2020, and continuing through the date of Plaintiff's full retirement age on August 16, 2029.

5. Plaintiff further seeks from Defendant interest as should have accrued on all arrearages owed to Plaintiff by Defendant, a reasonable attorney's fee, and the cost of this action.

HARLAN, STILL & KOCH

/s/Russell C. Still____________

Russell C. Still
Attorney for Plaintiff
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
573-874-2402
573-443-3354 (fax)
Email: rstill@harlan-still.com
MO Bar No.: 25423