IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CINDY G. HOWARD<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | Case No.: 2:21-CV-4051-NKL |

JOINT PROPOSED SCHEDULING ORDER[1]

Pursuant to this Court's Order (Doc. No. 8) Local Rules 16.1 and 26.1, Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the parties propose the following scheduling order:

**A. PLEADINGS.**

1. Any motion to join additional parties shall be filed on or before August 15, 2021.

2. Any motion to amend pleadings shall be filed on or before August 15, 2021.

**B. MEDIATION AND ASSESSMENT PROGRAM (MAP).**

In cases assigned to the Court's Mediation and Assessment Program (MAP), the MAP General Order requires that parties assigned to the outside mediator category electronically file the Designation of Mediation within fourteen (14) calendar

[1] This is an ERISA claim for benefits. Therefore, where appropriate, the Proposed Scheduling Order and deadlines have been streamlined and tailored to this type of case.

days after the Rule 26 meeting and mediate the case within seventy-five (75) calendar days after the Rule 26 meeting. In accordance with the Court's Order, the parties discussed the potential for settlement of this matter and will follow their obligations under the MAP.

**C. DISCOVERY.**

The present action involves review of a denial of benefits under 29 U.S.C. § 1132(a)(1)(B) of the Employment Retirement Income Security Act of 1974, as amended ("ERISA"), which will be determined on the Administrative Record and the plan documents governing the administration of benefits, Plaintiff intends to propound limited discovery as shall be allowed by the Court in the form of Interrogatories directed to Defendant from Plaintiff. In lieu of initial disclosures, Defendant will produce the administrative record by **July 1, 2021.** If Plaintiff believes the Administrative Record is incomplete, Plaintiff must raise any concerns or objections no later than **August 1, 2021.** Defendant's production will be made in .pdf format and shall not be filed as a public document.

The parties do not expect problems in the discovery process that would necessitate discussion at a scheduling conference in light of the nature of the case.

**D. EXPERTS.**

Expert witnesses are not appropriate in an ERISA claim for benefits case.

**E. CLOSE OF DISCOVERY AND DISCOVERY MOTIONS.**

Absent extraordinary circumstances, all discovery motions will be filed on or before **September 15, 2021**.

All discovery shall close on **October 15, 2021**.

**F. MOTIONS FOR PROTECTIVE ORDER.**

The administrative record contains personally identifying information (PII) and protected health information (PHI) regarding plaintiff and confidential and proprietary business information concerning Defendant's claim and other business processes. To protect Plaintiff's PII and PHI and Defendant's confidential and proprietary information the Parties plan to file an agreed motion for protective order. That motion shall be filed no later than **June 15, 2021** which is 15 days before the Defendant produces to Plaintiff the Administrative Record.

**G. BUSINESS RECORDS.**

The parties stipulate and agree that the administrative record, Group Insurance Policy and Plan Documents to be filed by Defendant are records of a regularly conducted activity as that term is defined in Fed. R. Ev. 803(6) and 901 and waive the need for affidavits or other testimony to authenticate the Administrative Record, Plan Documents and Group Insurance policy.

**H. DAUBERT MOTIONS.**

*Daubert* Motions are not appropriate in an ERISA claim for benefits case.

**I. DISPOSITIVE MOTIONS.**

1. The parties will file their respective Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 with supporting suggestions on November 15, 2021.

2. The parties will file their respective suggestions in opposition no later than December 16, 2021.

3. The parties will file any reply suggestions in support of their dispositive motions no later than January 17, 2022.

**J. EXTENSIONS OF TIME.**

All motions for extension of time pursuant to Fed. R. Civ. P. 6(b) or Fed. R. Civ. P. 31,33, 34 and 36 must state:

a. The date when the pleading, response or other action is/was first due;
b. The number of previous extensions and the date the last extension expires;
c. The cause for the requested extension, including a statement as to why the action due has not been completed in the allotted time; and
d. Whether the requested extension is approved or opposed by opposing counsel (agreement by counsel to a requested extension is not binding on the Court).

**K. STANDARD OF REVIEW.**

The pleadings reveal that the parties are not in agreement as to the standard of review. Standard of review shall be briefed in the dispositive motions and thereafter determined by the Court

**L. TRIAL SETTING.**

The parties anticipate resolving the action through summary judgment motions under Fed. R. Civ P. 56. and Local Rule 56.1. Unless the Court orders otherwise, the parties do not believe a trial is necessary. To the extent the Court requires a trial date, the parties propose any date convenient to the court and the parties after the court has

ruled on the cross motions for summary judgment. The parties will try the case to the Court, and the trial is expected to last one day.

Date: 5/25/2021.


/s/Russell C. Still
Russell C. Still
HARLAN, STILL & KOCH
Attorney for Plaintiff
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
573-874-2402
573-443-3354 (fax)
Email: rstill@harlan-still.com
MO Bar No.: 25423
ATTORNEY FOR PLAINTIFF

*/s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)
- and -
*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

CERTIFICATION

I certify that on May 25, 2021, the foregoing was electronically filed, and a "Notice of Electronic Filing" was sent via e-mail by the Electronic Case Filing System to all attorneys of record for Defendant.

/s/Russell C. Still
Russell C. Still