**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| CINDY G. HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-CV-4051-NKL |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' proposed scheduling orders and arguments, the following schedule is hereby established:

1. Any motion to join additional parties shall be filed by August 15, 2021.

2. Any motion to amend the pleadings shall be filed on or before August 15, 2021.

3. Absent extraordinary circumstances, all discovery motions will be filed on or before September 15, 2021. *See* Local Rule 37.1 for procedures that must be followed before filing a discovery motion. The Court will not entertain any discovery motion absent full compliance with Local Rule 37.1. Any discovery motion filed without complying with Local Rule 37.1 will be denied. In the event that a teleconference is needed, my courtroom deputy may be reached at (573) 556-7552. All teleconference

requests should be directed to her. Each party to the dispute shall email a description of the discovery dispute, **not to exceed one page in length**, to *Netra_Sreeprakash@mow.uscourts.gov,* and to opposing counsel at least 24 hours before the teleconference.

4. All discovery shall close on October 15, 2021.

5. The defendant shall produce the administrative record on or before July 1, 2021. Plaintiff must raise any concerns or objections no later than August 1, 2021.

6. Cross Motions for Summary Judgment shall be filed on or before November 15, 2021. All summary judgment motions will comply with Local Rule 56.1. Suggestions in opposition shall be filed on or before December 16, 2021. Reply suggestions in support of dispositive motions due on or before January 17, 2022.

7. All motions for extension of time pursuant to Rule 6(b) or Rules 31, 33, 34 and 36 must state:

a. The date when the pleading, response or other action is/was first due;

b. The number of previous extensions and the date the last extension expires;

c. The cause for the requested extension, including a statement as to why the action due has not been completed in the allotted time; and

d. Whether the requested extension is approved or opposed by opposing counsel (agreement by counsel of a requested extension is not binding on the Court).

8. A proposed order shall be emailed to the Court at the time a motion is filed on CM/ECF. The proposed order shall be emailed to

*Netra_Sreeprakash@mow.uscourts.gov*, in Word format. Failure to submit a proposed order to the Court may delay the motion being ruled.

**IT IS SO ORDERED.**

Dated: June 3, 2021

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge