**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISON**

| | | |
|---|---|---|
| **CINDY G. HOWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:21cv04051-NKL |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Cindy G. Howard and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will file a Stipulation of Dismissal with the Court to dismiss this case with prejudice upon the closing of the settlement.

Dated: June 11, 2021.

Respectfully submitted,

By: /s/*Russell C. Still*
Russell C. Still
HARLAN, STILL & KOCH
Attorney for Plaintiff
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
573-874-2402
573-443-3354 (fax)
Email: rstill@harlan-still.com
MO Bar No.: 25423

ATTORNEY FOR PLAINTIFF

**AND**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

By: *\/s/ Dan S. Folluo*
Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 11th day of June 2021 to be served by operation of the Court's electronic filing system upon the following:

Russell C Still, Esq.
Email: rstill@harlan-still.com

*Attorneys for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers